IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YOLANDA FAERBER,  :

    Plaintiff,

v.  :  Case No. 3:20-cv-275

FINKLER LAW, LLC, *et al.*,  :  JUDGE WALTER H. RICE

    Defendants.  :

---

ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO
PROSECUTE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS
AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Plaintiff filed the above-captioned action on July 20, 2020, but it appears that she did not obtain service on Defendants within 90 days as required by Fed. R. Civ. P. 4(m).  On November 19, 2020, the Court issued an Order directing Plaintiff to Show Cause, in writing, why the Complaint should not be dismissed without prejudice for failure to prosecute.  Plaintiff has failed to file a response within the time allotted.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), the Court DISMISSES the above-captioned case WITHOUT PREJUDICE for failure to prosecute.

Judgment shall enter in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 15, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE